WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MUSTARD, an individual; NICOLE ERICKSEN, an individual; and, TIMOTHY SMITH, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COMSTOCK MINING, INC.; a domestic corporation; CORRADO DeGASPERIS, an individual; SCOTT JOLCOVER, an individual; LEO DROZDOFF, an individual; WALTER MARTING, JR., an individual; WILLIAM NANCE, an individual; J. CLARK GILLAM, an individual, <br><br> Defendants. | CASE NO: 21-cv-378-MMD-CLB <br><br> **STIPULATION AND PROPOSED ORDER TO ENLARGE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** |

COMES NOW Plaintiffs DAVID MUSTARD, NICOLE ERICKSEN, and TIMOTHY SMITH, and Defendants COMSTOCK MINING, INC., CORRADO DeGASPERIS, SCOTT JOLCOVER, LEO DROZDOFF, WALTER MARTING, JR., WILLIAM NANCE, and J. CLARK GILLAM, by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have a 30-day enlargement of time to oppose Defendants' Motion to Dismiss (ECF Nos. 006 and 007), through and including **Monday, March 7, 2022**. Correspondingly, Defendants shall have 30-days to file any replies to Plaintiff's opposition, up to and including to **Wednesday, April 6, 2022**. This is the parties' first request to extend these deadlines. The parties submit that this request is not for the

/ / /

/ / /

purpose of undue delay, but arises from caseload and calendaring issues.

Dated this 3rd day of February 2022.

THE GEDDES LAW FIRM, P.C.

*/s/ Electronic Signature Authorized*
WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs*

Dated this 3rd day of February 2022.

MCDONALD CARANO LLP

*/s/ Electronic Signature Authorized*
SARAH FERGUSON
Nevada Bar No. 14515
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Phone: (775) 788-2000
sferguson@mcgondaldcarano.com
*Attorneys for Defendants*

## II.

## ORDER

IT IS SO ORDERED.

Dated: February 7, 2022

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **February 3, 2022**, I caused to be served a copy of the foregoing *Stipulation and Proposed Order to Enlarge Time To File Opposition to Motion to Dismiss* by electronic filing with the Court's PACER e-filing system, addressed to:

Sarah Ferguson, Esq.
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
sferguson@mcgondaldcarano.com
*Attorneys for Defendants*

   /s/ Kristen Geddes
An employee of the Geddes Law Firm, P.C.

3